

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00329-CV

IN RE BYRON WALKER                                        RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied. Relator's petition for writ of mandamus is denied because relator has not provided us with a copy of the contempt order about which he complains. *See* Tex. R. App. P. 52.3(k)(1)(A). Relator's motion for emergency relief is denied for the reason that the relief requested is premature. Accordingly, relator's petition for writ of mandamus and motion for emergency relief are denied.

PER CURIAM

PANEL: GARDNER, WALKER, and MEIER, JJ.

DELIVERED: September 26, 2013

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).